UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS ELGAS,<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD STRAUB,<br><br>    Defendants. | Case No. 2:15-cv-00433-GMN-CWH<br><br>**ORDER** |

    This matter is before the court on Plaintiff Thomas Elgas' Motion/Application to Proceed *In Forma Pauperis* (#1), filed March 10, 2015 pursuant to 28 U.S.C. § 1915. The Application is incomplete. In question 3, Plaintiff indicates that he receives income from "[b]usiness, profession, or other self-employment[,]" but does not indicate the amount received in the previous 12 months. Further, he indicates that he has a vehicle payment, but does not identify the vehicle in response to question 5 and does not describe the amounts owed and to whom they are payable in response to question 8. As a result, the undersigned cannot determine whether Plaintiff qualifies to proceed *in forma pauperis*. The Application will be denied without prejudice and the complaint retained but not filed. Accordingly,

    **IT IS HEREBY ORDERED** that Plaintiff's Application to Proceed *In Forma Pauperis* (#1) **denied without prejudice**. The Clerk of Court shall mail Plaintiff a blank application, and Plaintiff shall have until **April 15, 2015**, in which to submit the completed application or pay the $400.00 filing fee. Failure to comply with this order will result in a recommendation that this case be dismissed. The Clerk of Court shall retain Plaintiff's Complaint.

    Dated: March 16, 2015.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge